UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES DISTRICT COURT

        Plaintiff,        Case No. 2:16-pt-2

v.        HON. ROBERT HOLMES BELL

KURT OCHOA

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 19, 2016 for an initial appearance on a Petition for Warrant for Offender Under Supervision. Pretrial services recommend detention and the government agrees with that recommendation and requested detention. Defendant will be given time to consult with his attorney and a detention hearing will be set.

Defendant shall be detained pending further proceedings.

IT IS ORDERED

Dated: 8/19/2016        */s/ Timothy P. Greeley*
        TIMOTHY P. GREELEY
        U.S. MAGISTRATE JUDGE